IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| REINKE MANUFACTURING CO., INC., a Nebraska Corporation, | ) ) ) | |
| Plaintiff, | ) ) | 4:11CV3193 |
| v. | ) ) | |
| GEORGE S. PERRY, An Individual, MURRAY M. WINSLOW, An Individual, and M&S IRRIGATION SERVICE, INC., a North Carolina Corporation, | ) ) ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) ) ) | |

Counsel for defendants has moved to withdraw. (Filing No. 17). M&S Irrigation Service ,Inc., a corporation, cannot litigate a case in federal court without counsel representation. Accordingly, it is ordered:

IT IS ORDERED:

1) The motion to withdraw filed by Jeanelle R. Lust and the law firm of Knudsen, Berkheimer, Richardson & Endacott, LLP as counsel for defendants M&S Irrigation Service, Inc., George S. Perry, and Murray M. Winslow, (filing no. 17), is granted.

2) Jeanelle R. Lust shall promptly provide a copy of this memorandum and order to the defendants, and shall file a certificate of service (which includes the defendants' addresses along with the date and method of service) stating she has done so.

3) On or before February 16, 2012, M&S Irrigation Service, Inc. shall obtain the services of substitute counsel and have that attorney file an appearance on its behalf, and defendants George S. Perry and Murray M. Winslow shall either: (1) obtain the services of substitute counsel and have that attorney file an appearance on their behalf; or (2) file a statement notifying the court of their intent to litigate this case without counsel. The failure to comply with this order may result in the entry of default against the defendants without further notice.

4) The deadline for filing the parties' Rule 26(f) Report is continued pending further order of the court.

January 26, 2012.                         BY THE COURT:

                                          *s/ Cheryl R. Zwart*
                                          United States Magistrate Judge