IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| REINKE MANUFACTURING CO., INC., a Nebraska Corporation, | ) ) ) | |
| Plaintiff, | ) ) | 4:11CV3193 |
| v. | ) ) | |
| GEORGE S. PERRY, An Individual, MURRAY M. WINSLOW, An Individual, and M&S IRRIGATION SERVICE, INC., a North Carolina Corporation, | ) ) ) ) ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) | |

Counsel for defendants have moved to withdraw. (Filing No. 23). M&S Irrigation Service, Inc., a corporation, cannot litigate a case in federal court without counsel representation. Accordingly,

IT IS ORDERED:

1) The motion to withdraw filed by Joel Bacon, and the law firm of Keating, O'Gara, Nedved & Peter, P.C., L.L.O., as counsel for defendants M&S Irrigation Service, Inc., George S. Perry, and Murray M. Winslow, (filing no. 23), is granted.

2) Joel Bacon shall promptly provide a copy of this memorandum and order to the defendants, and shall file a certificate of service (which includes the defendants' addresses along with the date and method of service) stating he has done so.

3) On or before April 3, 2012, M&S Irrigation Service, Inc. shall obtain the services of substitute counsel and have that attorney file an appearance on its behalf, and defendants George S. Perry and Murray M. Winslow shall either: (1) obtain the services of substitute counsel and have that attorney file an appearance on their behalf; or (2) file a statement notifying the court of their intent to litigate this case without counsel. The failure to comply with this

order may result in the entry of default against the non-complying defendant(s) without further notice.

4) The deadline for filing the parties' Rule 26(f) Report is continued pending further order of the court.

DATED this 13th day of March, 2012.

>BY THE COURT:
>
>*s/ Cheryl R. Zwart*
>United States Magistrate Judge