IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| REINKE MANUFACTURING CO., INC., a Nebraska Corporation;<br><br>   Plaintiff,<br><br>vs.<br><br>GEORGE S. PERRY, An Individual; MURRAY M. WINSLOW, An Individual; and M&S IRRIGATION SERVICE, INC., a North Carolina Corporation;<br><br>   Defendants. | 4:11CV3193<br><br>**MEMORANDUM AND ORDER** |

After conferring with the parties, their joint motion to continue the progression schedule, (Filing No. 40), is granted and the final progression order is amended as follows:

1) The non-jury trial of this case is set to commence before Cheryl R. Zwart, United States Magistrate Judge, in Courtroom 2, United States Courthouse, Lincoln, Nebraska at 9:00 a.m. on **April 29, 2013**, or as soon thereafter as the case may be called, for a duration of two (2) trial days.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **April 16, 2013** at **9:00 a.m.**, and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on April 15, 2013. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

3) The deposition deadline is February 1, 2013.

4) The deadline for filing motions to dismiss and motions for summary judgment is February 1, 2013.

5) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

October 25, 2012.                           BY THE COURT:

                                            *s/ Cheryl R. Zwart*
                                            United States Magistrate Judge