IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| REINKE MANUFACTURING CO., INC., a Nebraska Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE S. PERRY, An Individual; et. al;<br><br>Defendants. | 4:11CV3193<br><br>**MEMORANDUM AND ORDER** |

Pursuant to plaintiff's notice motion to dismissal, (filing no. 42),

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's claims against George S. Perry are dismissed with prejudice, each party to pay its or his own costs and attorney fees.

March 14, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge