IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| REINKE MANUFACTURING CO., INC., | ) | Case No: 4:11-CV-03193 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER GRANTING MOTION** |
| | ) | **FOR ENTRY OF** |
| M & S IRRIGATION SERVICE, INC., a | ) | **FINAL JUDGMENT BY DEFAULT** |
| North Carolina Corporation, GEORGE S. | ) | |
| PERRY, an Individual, and MURRAY M. | ) | |
| WINSLOW, an Individual, | ) | |
| | ) | |
| Defendants. | ) | |

THE COURT, having reviewed Plaintiff's Motion for Entry of Final Judgment by Default, hereby finds and orders as follows:

1) Pursuant to the Court's June 16, 2012, order (Filing No. 34), Defendants M&S Irrigation Service, Inc. and Murray M. Winslow were given until July 9, 2012, to contest the entry of default;

2) Defendants M&S Irrigation Service, Inc. and Murray M. Winslow did not file any pleadings or briefs in response to the Court's order from June 16, 2012 and default was subsequently entered by the Court;

3) The amount due and owing by Defendants M&S Irrigation Service, Inc. and Murray M. Winslow under Reinke's First Claim for Relief to Reinke under the Loan Agreement is $30,621.17.

4) The amount due and owing by Defendant M&S Irrigation Service, Inc., under Reinke's Second Claim for Relief is $39,139.83.

- 2 -

5) The amount due and owing by Defendant Murray M. Winslow under Reinke's Third Claim for Relief is $69,761.00. This amount includes what is owed to Reinke under its First and Second Claims for Relief.

6) Defendants are not infants or incompetent persons.

7) Plaintiff has established that the amounts due and owing by Defendants are a sum certain.

Accordingly,

IT IS ORDERED:

1) The plaintiff's final Motion for Default Judgment against M & S Irrigation Service, Inc. and Murray M. Winslow, (Filing No. 44), is granted.

2) Judgment shall be entered in favor of Plaintiff, Reinke Manufacturing Co. Inc., and against Defendants M&S Irrigation Service, Inc. and Murray M. Winslow, finding them jointly and severally liable to Plaintiff in the amount of $69,761.00, plus post-judgment interest and the costs of this suit.

Dated:  April 8, 2013

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

522628